**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION (DAYTON)**

| | | |
|---|---|---|
| STEPHEN M. RICHIE,<br><br>Plaintiff,<br><br>vs.<br><br>MONTGOMERY COUNTY BOARD OF COMMISSIONERS, *et al.*,<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Case No. 3:26-cv-00114<br><br>District Judge Michael J. Newman<br>Magistrate Judge Caroline H. Gentry |

# ORDER TO CLERK TO OPEN NEW CASE

This matter is before the Court on Plaintiff Richie's Response to an earlier Order to Show Cause. (Doc. No. 2, 3.) In the Order, the undersigned noted that Plaintiff had combined his civil rights claims and his habeas corpus claims into one action. (Doc. No. 2 at PageID 64-65.) The Court ordered Plaintiff to show cause why the two distinct claims should not be separated and the habeas corpus claim dismissed from this case. (*Id.*)

Plaintiff filed a timely response. (Doc. No. 3.) He emphasizes that both the civil rights claims and the habeas corpus claim arise from the same factual scenario and asks that the Court preserve the habeas corpus claim and use the "least prejudicial case-management procedure" to separate the claims if they must be separated. (*Id.*) The Court understands Plaintiff's concerns. However, the claims should proceed separately for the reasons outlined in the Order to Show Cause. (Doc. No. 2.)

Accordingly, the Clerk of Court is **DIRECTED** to open a new habeas corpus case on the Court's docket and file the original Complaint (Doc. No. 1-1) therein. The Clerk shall make a note on the docket of both cases indicating that the habeas corpus claim was transferred from this case into the new case. The Clerk is further **DIRECTED** to circulate a Related Case Memorandum for this case (the civil rights case) and the new case (the habeas corpus case). Going forward, Plaintiff's habeas corpus claim shall proceed and be considered in the new case. His civil rights claims shall proceed in this case.

Plaintiff will be required to submit a formal habeas corpus petition in the new case once it is opened and a new case number is assigned. Plaintiff may find the appropriate form on the Court's website.[1]

**IT IS SO ORDERED**.

*s/Caroline H. Gentry*
CAROLINE H. GENTRY
United States Magistrate Judge

[1] *See* https://www.ohsd.uscourts.gov/ohio-southern-district-forms.